**BRIAN C. LOWNEY**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
101 E. Front St., Suite 401
Missoula, MT 59802
Phone: (406) 542-8851
FAX: (406) 542-1476
Email: brian.lowney@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED

JAN 24 2024
Clerk, U.S. Courts
District of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 24-5-M-DWM |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | **CONSPIRACY TO COMMIT MONEY LAUNDERING (Count 1)**<br>Title 18 U.S.C. § 1956(h)<br>(Penalty: 20 years of imprisonment, $500,000 fine, and three years of supervised release) |
| JAY NEIL HEIKKILA, | |
| Defendant. | |
| | **MONEY LAUNDERING – PROMOTION (Counts 2-24)**<br>Title 18 U.S.C. § 1956(a)(1)(A)<br>(Penalty: 20 years of imprisonment, $500,000 fine, and three years of supervised release) |
| | **CRIMINAL FORFEITURE**<br>Title 18 U.S.C. § 982(a)(1) |

1

THE GRAND JURY CHARGES:

## COUNT 1
## CONSPIRACY TO COMMIT MONEY LAUNDERING

Beginning in or about January 2021, and continuing thereafter until in or about August 2023, in Missoula and Ravalli Counties, in the State and District of Montana, and other places, the defendant, JAY NEIL HEIKKILA, and others both known and unknown to the Grand Jury, did knowingly and intentionally conspire, confederate, and agree to conduct financial transactions that involved the proceeds of specified unlawful activity, that is, wire fraud, in violation of 18 U.S.C. § 1343, with the intent to promote the carrying on of such specified unlawful activity, in violation of 18 U.S.C. § 1956(a)(1)(A), that is, JAY NEIL HEIKKILA operated as a money mule to receive fraudulent proceeds from numerous wire fraud schemes committed within the United States, and then funneled the money to himself and others, both overseas and within the United States, in an attempt to disguise such financial transactions for the benefit of the co-conspirators, all in violation of 18 U.S.C. § 1956(h).

## COUNTS 2-24
## MONEY LAUNDERING – PROMOTION

Beginning in or about January 2021, and continuing thereafter until in or about August 2023, in Missoula and Ravalli Counties, in the State and District of Montana, and other places, the defendant, JAY NEIL HEIKKILA, knowing that

2

the property involved in a financial transaction represented proceeds of some form of unlawful activity, conducted, and attempted to conduct, such a financial transaction that in fact involved the proceeds of specified unlawful activity, with the intent to promote the carrying on of specified unlawful activity, that is wire fraud, which is identified in the table below, all in violation of 18 U.S.C. § 1956(a)(1)(A).

| Count | Amount | Date | Account |
|---|---|---|---|
| 2 | $6,000.00 | 1/25/2021 | Glacier Bank x9167 |
| 3 | $4,000.00 | 3/12/2021 | Glacier Bank x9167 |
| 4 | $5,000.00 | 3/19/2021 | Glacier Bank x9167 |
| 5 | $5,000.00 | 6/1/2021 | Farmer's State Bank x2970 |
| 6 | $9,700.00 | 7/12/2021 | Farmer's State Bank x3913 |
| 7 | $52,738.00 | 7/19/2021 | Farmer's State Bank x8340 |
| 8 | $29,200.00 | 8/2/2021 | Wells Fargo x3565 |
| 9 | $8,000.00 | 9/7/2021 | Farmer's State Bank x2970 |
| 10 | $8,000.00 | 1/21/2022 | Farmer's State Bank x2970 |
| 11 | $60,000.00 | 2/10/2022 | Farmer's State Bank x2970 |
| 12 | $25,000.00 | 3/9/2022 | Glacier Bank x9167 |
| 13 | $17,500.00 | 3/14/2022 | Glacier Bank x9167 |
| 14 | $12,500.00 | 4/11/2022 | First Interstate Bank x2320 |
| 15 | $13,500.00 | 5/31/2022 | First Interstate Bank x2320 |
| 16 | $64,000.50 | 6/10/2022 | First Interstate Bank x2320 |
| 17 | $38,500.75 | 6/23/2022 | First Interstate Bank x7407 |
| 18 | $30,000.00 | 8/29/2022 | First Interstate Bank x2320 |
| 19 | $9,800.00 | 5/23/2023 | Glacier Bank x2154 |
| 20 | $38,500.00 | 5/30/2023 | Glacier Bank x2154 |
| 21 | $96,250.00 | 6/5/2023 | Glacier Bank x2154 |
| 22 | $20,000.00 | 6/20/2023 | Glacier Bank x2154 |
| 23 | $7,000.00 | 7/19/2023 | Ravalli County Credit Union x55002-120 |
| 24 | $20,000.00 | 8/4/2023 | First Montana Bank x8118 |

## FORFEITURE ALLEGATION

Upon conviction of any of the money laundering offenses set forth in counts 1-24, the defendant, JAY NEIL HEIKKILA, shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(1), any property, real and personal, which constitutes and is derived from proceeds traceable to the offense.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
FOREPERSON

_For_ _Timothy J. Racicot_ (signature)
_____
JESSE A. LASLOVICH
United States Attorney

_Cyndee Peterson_ (signature)
_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney